UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| GARY PETER DeSTEFANO and | ) | 10-14729-SBB |
| MARY EMILY DeSTEFANO, | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| Last four digits of SS#: 3481 and 8361, | ) | |

ORDER GRANTING MOTION TO CHANGE VENUE

THIS MATTER comes before the Court on Debtors' Motion to Change Venue to Northern District of Illinois filed March 9, 2010 (Docket #4). The Court, having reviewed the Motion and the within case file,

DOES FIND that the Motion to Change Venue is hereby GRANTED and the Clerk of the Court shall effectuate the transfer in the ordinary course.

Dated this 30th day of March, 2010.

BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge